# **<u>EXHIBIT A</u>**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Quincy Compressor LLC | 2/1/2023 | Wire | $ 16,594.60 |
| Akorn Operating Company, LLC | Quincy Compressor LLC | 2/14/2023 | Wire | $ 1,374.11 |
| | | | | $ 17,968.71 |