# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> AKORN HOLDING COMPANY LLC, *et al.*,[1] <br><br> Debtors. | Chapter 7 <br><br> Case No. 23-10253 (KBO) <br><br> (Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> QUINCY COMPRESSOR, LLC, <br><br> Defendant. | Adv. Proc. No. 25-50311 (KBO) |

## NOTICE OF SERVICE

I, Evan T. Miller, hereby certify that, on January 9, 2026, a copy of *Plaintiff's First Set Of Interrogatories, Request For Production Of Documents And Requests For Admissions Directed To Defendant* was served via E-mail on the parties below:

| | |
|---|---|
| Michael A. Ingrassia <br> 600 North King Street, Suite 800 <br> Wilmington, DE 19801 <br> Email: ingrassiam@whiteandwilliams.com | James C. Vandermark <br> 1650 Market Street, Suite 1800 <br> Philadelphia, PA 19103 <br> Email: vandermarkj@whiteandwilliams.com |

Dated: January 9, 2026  
Wilmington, Delaware

**SAUL EWING LLP**

*/s/ Evan T. Miller*  
Evan T. Miller (DE Bar No. 5364)  
1201 N. Market Street, Suite 2300  
P.O. Box 1266  
Wilmington, DE 19899  
Telephone: (302) 421-6800  
evan.miller@saul.com

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

57031128.1  
393059-00001

and

Michelle G. Novick (admitted pro hac vice)
161 North Clark Street, Suite 4200
Chicago, IL 60601
Telephone: (312) 876-7899
michelle.novick@saul.com

and

Turner N. Falk (admitted pro hac vice)
1735 Market Street, Suite #3400,
Philadelphia, PA 19103
Telephone: (215) 972-8415
turner.falk@saul.com

*Special Counsel to the Chapter 7 Trustee*